FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2022

No. 04-22-00119-CR

Timothy Cantu **DEL RIO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR5483
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was due September 9, 2022. On that day, Appellant filed a motion for a thirty-day extension of time to file the brief. The motion is **granted**. We **order** appellant's brief be filed no later than **October 10, 2022**. Counsel is cautioned that the court does not ordinarily grant extensions of more than sixty days beyond the original due date. 4TH TEX. APP. (San Antonio) LOC. R. 8, Notes and Comments.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2022.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court